## Shroyer, Appellant, *v.* Thomas.

Argued June 21, 1951. Before STERN, STEARNE, JONES and BELL, JJ.

74

*Robert T. McCracken,* with him *Russell S. Machmer* and *George G. Chandler,* for appellants.

*Bernard G. Segal,* with him *Frederick E. Lark,* County Solicitor, *Carl Rice, Gilbert W. Oswald* and *Schnader, Harrison, Segal & Lewis,* for appellees.

OPINION PER CURIAM, June 22, 1951:

The order is affirmed on the opinion of the learned court below.

Mr. Justice BELL dissents.